No. 63105.—M. Pressner & Co. et al. *v.* United States, protests 58/14784, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiffs was sustained.

No. 63106.—J. J. Boll *v.* United States, protest 58/19975 (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, MAY 27, 1959

No. 63107.—John L. Westland & Son, Inc. *v.* United States, protest 329469–K (Los Angeles).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the material of which the handles of the knives in question were made consists of imitation horn, pyroxylin, casein, or other similar material, the claim of the plaintiff was sustained.

No. 63108.—W. R. Zanes & Co. of La., Inc. *v.* United States, protest 315312–K/15049 (New Orleans).

Opinion by LAWRENCE, J. An examination of the record failing to disclose adequate reasons for disturbing the action of the collector, which was presumptively correct, the protest was overruled.